Appendix A: Sample Complaint and Civil Cover Sheet

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF **Maine**
*(Write the District and Division, if any, of the court in which the complaint is filed.)*



U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED & FILED
2019 JAN 15 P 2:01
_____
DEPUTY CLERK

**Jake Geyer Waterman**
_____

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

**Paul G. White Interior Solutions**
_____

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**Complaint for a Civil Case**

Case No. **2:19cv32 JDL**
*(to be filled in by the Clerk's Office)*

Jury Trial:   ☐ Yes   ☐ No
             *(check one)*

23

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  Name: Jake Waterman
  Street Address: 170 Arundel Rd.
  City and County: Kennebunkport, York
  State and Zip Code: Maine, 04046
  Telephone Number: (207) 604-2237
  E-mail Address: jake_waterman@yahoo.com

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

  Defendant No. 1

  Name: Paul G. White Interior Solutions
  Job or Title (if known): Flooring Company
  Street Address: 444 Riverside Industrial Pkwy
  City and County: Portland, Cumberland
  State and Zip Code: Maine, 04103
  Telephone Number: (207) 797-7949
  E-mail Address (if known): paul@paulgwhite.us

  Defendant No. 2

  Name:
  Job or Title (if known):
  Street Address:
  City and County:
  State and Zip Code:
  Telephone Number:

25

E-mail Address  _____
(if known)

Defendant No. 3

Name  _____

Job or Title  _____
(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

Defendant No. 4

Name  _____

Job or Title  _____
(if known)

Street Address  _____

City and County  _____

State and Zip Code  _____

Telephone Number  _____

E-mail Address  _____
(if known)

II.   **Basis for Jurisdiction**

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question          ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

26

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

*(FMLA) Family Medical Leave Act Violation*

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

       The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

       The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

       The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

    b. If the defendant is a corporation

       The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

    *(If more than one defendant is named in the complaint, attach an*

27

*additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

III. **Statement of Claim**

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Took 5 working days off to care for my Father under an emergency of a terminal illness and was fired for it.

IV. **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Lost wages, front wages, : Rent, child support, car insurance, license reinstatement fee due to SR-22 cancellation.

28

V. **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

A. **For Parties Without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 1/15, 2019

Signature of Plaintiff
Printed Name of Plaintiff    Jake Waterman

B. **For Attorneys**

Date of signing: _____, 20__.

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address
Telephone Number
E-mail Address

## PAUL WHITE CASE:

- <u>FMLA</u> - does not require an employee to use the word "FMLA" to request leave nor does it require any special Language to "INVOKE" the protections of FMLA. An Employee is only required to provide:

- <u>Verbal Notice</u> - to make employer aware

- <u>Unforseeable Leave</u> - provide sufficient information for an employer to reasonably determine FMLA (Made a phone call to 1 of the owners, plus formal policy I made a call to the Operations/personel manager and left voicemails on both numbers. Johnatham White was well aware of what was going on and never determined this an FMLA circumstance and by law he is suppose to identify this. He never even asked a question about it, was only concerned about work being completed. Is this typically how a boss is suppose to treat an employee? No I cares at all about them, but the ability of what their bodies can produce constructively?

### Damages:

- <u>Lost License</u>: use to visit my mother once a week, only seen her 3 times since I was fired she lives an hour away
- Behind on child support
- Had to borrow money from friends + family as well borrow from my sick father who lives off disability
- Being looked at as a deadbeat Dad
- Had to sell my Car for Food Money $500
- Denied unemployment benefits
- Denied me entrance on the property and had to wait to get my tools that he layed the responsibility of on my foreman.

- My Step Mother recieved a call from the Doctor saying if he did not come back in for tests immediately he would most likely die.
  "My Father"

<u>My Fathers 3 illnesses:</u>
- Degenerative bone disease
- Polythycemia Blood disease
- Ruptured Aorta from his prescription Anti-Biotic

Paul White Case: ②

- Damages -
  - Lost Back Pay - (Rent) $6,750   Total $9,900
    (Car insurance) $990            10 Folds = 99k
    (Child support) $2,160   (8 months)
  - Front Pay - ~~$1,800~~ ~~$15,300~~ $15,300  I would have made from the remaining amount of weeks in the year of 2018 at 45 hour work weeks that I averaged. ~~$12,240~~ I would have made If we count it at the point where I started my new job at Hannaford or starting after the 12 week FMLA Leave period till December.
  - Liquidated Damages -

- Also in the midst of all this I was denied unemployment benefits, Johnathan White documented many lies to cause my disqualification of unemployment benefits.

- Other damage distress - I had to rely on friends and family to feed me out of their own pockets, in result of employment termination & refusal of unemployment benefits.

Additional details to page 6
Summary Sheet:

V. Nature of Actions:

Constitutional/Civil Rights:
  Statutory Actions: It is up to the company to distinguish F.M.L.A. in the event that takes place, which I clearly state in facebook message to Johnathan White that my Dad is still not doing well and barely is getting out of Bed, and Johnathan tells me to start contacting other people such as Jeff the personel manager and I have record that I did call him and he never got back to me. which is formal policy.

Defamation: Johnathan White in a facebook message states that everybody thinks I left my job and quit based on hearsay from other employees when I said nothing of the sort, however I did make people aware of my Dad's terminal illness right along for days of weeks while working. So this defamation of Johnathan puts the reputation on my head that I "abandoned my job" which was not the case.

Additional details to page 2
Summary Sheet

V. Nature of Actions:

General Injunctive Relief:

Order, admonition — instead of relieving me for F.M.L.A. purposes <u>ordered</u> me to go contact Jeff about this when Johnathan is the Owner and is responsible for distinguishing F.M.L.A. on the situation.

<u>admonition</u> — definition ② — counsel or warning against fault or oversight — Johnathan gave me warnings ~~and~~ of employment termination instead of offering F.M.L.A. and starts bullying me around with the leverage of my employment in his hands. So basically he can hold employment leverage over my head but cannot distinguish F.M.L.A.?

Johnathan's Title within Paul G. White Interior Solution is none of my business, but it seems he only takes action when it comes to firing somebody and he showed no regards or concerns to my Dad's health conditions.