AMOUNT SUEING FOR IN LAWSUIT IS: $189,000.00 for all the damages caused and for current to future distresses I am facing.

FAMILY MEDICAL LEAVE ACT.

Jake Waterman
   vs.
Paul G. White
   Tile Co.