# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| JAKE GEYER WATERMAN,<br><br>    Plaintiff,<br><br>        v.<br><br>PAUL G. WHITE INTERIOR SOLUTIONS,<br><br>    Defendant. | 2:19-cv-00032-JDL |

## ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge, John H. Rich III, filed his Recommended Decision (ECF No. 6) with the Court on February 26, 2019, pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2019) and Fed. R. Civ. P. 72(b), regarding the preliminary review of Plaintiff Jake Geyer Waterman's Complaint (ECF No. 1) under 28 U.S.C.A. § 1915(e)(2)(B). The time within which to file objections has expired, and no objections have been filed. The Magistrate Judge provided notice that a party's failure to object would waive the right to *de novo* review and appeal. Having reviewed and considered the Magistrate Judge's Recommended Decision, I concur with the Magistrate Judge's conclusions as set forth in his Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 6) of the Magistrate Judge is hereby **ACCEPTED** and the deadline for service of the complaint is **ENLARGED** to 90 days from this date.

SO ORDERED.

Dated this 18th day of April, 2019.

/s/ Jon D. Levy<br>
**CHIEF U.S. DISTRICT JUDGE**