UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JAKE GEYER WATERMAN, | ) |
| | ) |
|    Plaintiff, | ) |
| | ) |
|          v. | ) 2:19-cv-00032-JDL |
| | ) |
| PAUL G. WHITE INTERIOR SOLUTIONS, | ) |
| | ) |
|    Defendant. | ) |

**ORDER ACCEPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

On January 15, 2019, Jake Geyer Waterman, who is self-represented in this proceeding, brought this action for damages against his former employer, Paul G. White Interior Solutions, for violations of the Family Medical Leave Act ("FMLA") and for defamation. On January 27, 2020, Waterman filed a motion to cancel the litigation (ECF No. 25). On March 26, 2020, White Interior Solutions filed a request for a hearing on a discovery dispute. A telephonic hearing on Waterman's motion and White Interior Solutions' request was scheduled to take place on April 7, 2020, before Magistrate Judge John H. Rich III.

Waterman did not appear for the telephonic hearing on April 7, 2020, following which the Magistrate Judge issued an order directing Waterman to show cause in writing by May 7, 2020, as to why the case should not be dismissed for lack of prosecution. Waterman did not respond to the Magistrate Judge's order to show

1

cause. The Magistrate Judge filed his Recommended Decision on the order to show cause with the Court on June 30, 2020 (ECF No. 34), pursuant to 28 U.S.C.A. § 636(b)(1)(B) (West 2020) and Fed. R. Civ. P. 72(b), recommending that the case be dismissed without prejudice. Waterman filed an objection on July 13, 2020 (ECF No. 35).

I have reviewed and considered the Recommended Decision, together with the entire record, and have made a *de novo* determination of all matters adjudicated by the Magistrate Judge. I concur with the recommendations of the Magistrate Judge for the reasons set forth in his Recommended Decision and determine that no further proceeding is necessary. Waterman objects that the discovery procedures underlying the parties' discovery dispute violate the Thirteenth Amendment to the United States Constitution. However, Waterman provides no authority supporting this argument, and it is patently meritless. Further, it does not excuse his failure to appear for the telephonic hearing before the Magistrate Judge on April 7, 2020.

It is therefore **ORDERED** that the Recommended Decision (ECF No. 34) of the Magistrate Judge is hereby **ACCEPTED** and the case is **DISMISSED without prejudice**. Accordingly, Waterman's motion to cancel the litigation (ECF No. 25) is **DENIED as moot**.

    SO ORDERED.

    Dated this 31st day of July, 2020.

                                                  /s/ Jon D. Levy
                                         **CHIEF U.S. DISTRICT JUDGE**